**Order entered May 19, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00541-CV

### JOHN D. COPELAND, Appellant

### V.

### JAY SANDON COOPER, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13097**

## ORDER

We **GRANT** appellant's motion to extend time for filing reply brief and **ORDER** the

brief tendered to the Clerk on May 15, 2014 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE